HENRY LUNDSTEDT et al., Respondents, *v.* FRITZ BRIEGER, Defendant, and WOODBORO REALTY CO., INC., et al., Appellants.

(Argued February 17, 1931; decided March 24, 1931.)

*Harold R. Medina, William F. McNulty, George J. Schneller* and *R. Leslie Smith* for appellants.

*Julius F. Newman* and *James V. Kilroe* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ.   Not sitting: POUND and HUBBS, JJ.